```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                   CASE NO. 04 B 39925
    CLAY EUGENE GOGINS
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-5720


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/27/2004 and was confirmed 01/26/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  17.97%.

     The case was paid in full 12/22/2008.
-------------------------------------------------------------------------------
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CARMAX AUTO FINANCE | SECURED | 13950.00 | 1850.74 | 13950.00 |
| CARMAX AUTO FINANCE | UNSECURED | 680.42 | .00 | 121.72 |
| AT&T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| BLAIR CORPORATION | UNSECURED | 401.65 | .00 | 71.85 |
| CAPITAL ONE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBIA HOUSE | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRY DOOR | UNSECURED | 283.91 | .00 | 50.79 |
| ROUNDUP FUNDING LLC | UNSECURED OTH | 1982.89 | .00 | 360.11 |
| CROSSING POINTE | UNSECURED | NOT FILED | .00 | .00 |
| ENTERTAINMENT WEEKLY | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSECURED | 552.50 | .00 | 98.83 |
| GINNYS | UNSECURED | 86.00 | .00 | 15.38 |
| ECAST SETTLEMENT CORP | UNSECURED | 1021.88 | .00 | 182.79 |
| MIDNIGHT VELVET | UNSECURED | 244.86 | .00 | 43.80 |
| MONROE & MAIN | UNSECURED | 217.52 | .00 | 38.91 |
| NORTHWESTERN MEDICAL FAC | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEMORIAL HO | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWESTERN MEMORIAL HO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT ACQUISITION LL | UNSECURED | 1196.26 | .00 | 213.99 |
| RICHARD A GUENTHER DMD | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT S DEAVER DDS | UNSECURED | NOT FILED | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | NOT FILED | .00 | .00 |
| THE SWISS COLONY | UNSECURED | 190.18 | .00 | 34.02 |
| GOOD COOK BOOK | UNSECURED | NOT FILED | .00 | .00 |
| ERNESTO D BORGES JR | DEBTOR ATTY | 2,300.00 | | 2,300.00 |
| TOM VAUGHN | TRUSTEE | | | 1,301.10 |
| DEBTOR REFUND | REFUND | | | .00 |

```
     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
```

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 39925 CLAY EUGENE GOGINS

```
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  20,634.03

PRIORITY                                                  .00
SECURED                                             13,950.00
    INTEREST                                         1,850.74
UNSECURED                                            1,232.19
ADMINISTRATIVE                                       2,300.00
TRUSTEE COMPENSATION                                 1,301.10
DEBTOR REFUND                                             .00
                         ---------------        ---------------
TOTALS                   20,634.03                  20,634.03
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 03/05/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 04 B 39925 CLAY EUGENE GOGINS